## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: INC, MOONGLOW | § | Case No. 09-12347 |
| | § | |
| PIZZERIA, JIMANOS | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn
Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 10/01/2010 in Courtroom 201, United States Courthouse, Will County Court Annex Building
57 N. Otttawa Street, Suite 201
Joliet, IL .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/27/2010      By: /s/ Michael G. Berland
                                                            Trustee

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL  60602
(312) 855-1272

**UST Form 101-7-NFR (9/1/2009)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: INC, MOONGLOW | § | Case No. 09-12347 |
| | § | |
| PIZZERIA, JIMANOS | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*        $         8,014.72

*and approved disbursements of*              $           613.00

*leaving a balance on hand of* [1]           $         7,401.72

Claims of secured creditors will be paid as follows:

*Claimant*                                   *Proposed Payment*
                        N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | MICHAEL G. BERLAND | $ 1,551.47 | $ |
| Attorney for trustee | | $ | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*              *Fees*              *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

*Attorney for debtor* _____ $_____ $_____
*Attorney for* _____ $_____ $_____
*Accountant for* _____ $_____ $_____
*Appraiser for* _____ $_____ $_____
*Other* _____ $_____ $_____

    In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $14,510.73 must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 4 | Illinois Department of Revenue | $13,547.00 | $5,461.71 |
| 6P-2 | Internal Revenue Service | $963.73 | $388.54 |

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $ 49,632.21 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

    Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Yellow Book USA | $255.00 | $0.00 |
| 2 | Greco & Son | $733.20 | $0.00 |
| 5 | Sunblume Inc. | $48,644.01 | $0.00 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 178.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 6U-2 | Internal Revenue Service | $ 178.00 | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| N/A | | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

Prepared By: /s/MICHAEL G. BERLAND
Michael G Berland

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL  60602
(312) 855-1272

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: dramey                 Page 1 of 2             Date Rcvd: Aug 30, 2010
Case: 09-12347                 Form ID: pdf006              Total Noticed: 45

The following entities were noticed by first class mail on Sep 01, 2010.
 db          +Moonglow Inc,    26 Duncan Drive,    Bourbonnais, IL 60914-1008
 aty         +John A Reed,    John A Reed Ltd,    63 W Jefferson St  #200,    Joliet, IL 60432-4335
 tr          +Michael G Berland,    1 N LaSalle St, No.1775,    Chicago, IL 60602-4065
13756675      AT&T,    PO Box 8100,    Aurora, IL 60507-8100
13756673     +Alllied Waste Services,    808 S Joliet Street,    Joliet, IL 60436-2716
13756674     +American Express,    P.O. Box 360001,    Ft Lauderdale, FL 33336-0001
13756676     +Attorney Robert  G.Higgins,    55 East Monroe,    Suite #3300,    Chicago, IL 60603-5792
13756677     +Big Broadcasting Co Inc,    620 Eola Road,    Aurora, IL 60502-9400
13756678     +Cintas Corporation,    PO Box 7759,    Romeoville, IL 60446-0759
13756679     +Columbia Retail Shorewood Crossing,    2516 Solutions Center,    Chicago, IL 60677-2005
13756680     +Com Ed CCC,    c/o Revenue Mgmt - Bankruptcy Grp,    P.O. Box 87522,    Chicago, IL 60680-0522
13756681     +Express Signs & Lighting,    212 Amendodge Drive,    Shorewood, IL 60404-9362
13756682    ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
              (address filed with court: Fifth Third Bank,     38 Fountain Square Plaza,    MD 1MOC2G-4050,
               Cincinnati, OH 45263)
13756683     +Gonella Bread,    2006 W Erie Street,    Chicago, IL 60612-1318
13756684     +Great Lakes Publishing,    PO Box 499,    Portland, MI 48875-0499
13756685     +Greco & Son,    1550 Hecht Road,    Bartlett, IL 60103-1697
13756686     +Home Pages,    Box 982,    Dekalb, IL 60115-0982
13756687     +Hulden Graphics,    54 Lou Avenue,    Crystal Lake, IL 60014-7918
13756690    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,     PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: Internal Revenue Service,     P.O. Box 21126,    Philadelphia, PA 19114)
13756688      Illinois Casualty Company,    225 20th Street,    PO Box 5018,    Rock Island, IL 61204-5018
13756689   +++Illinois Department of Revenue,    Bankruptcy Unit,    P O Box 64338,    Chicago, IL 60664-0338
13756691     +JP Operations Inc,    1790 Nations Drive,    Suite # 213,    Gurnee, IL 60031-9176
13756692     +JP Operations, Inc.,    1790 Nations Drive # 213,    Gurnee, IL 60031-9176
13756693     +Kimberly & John Snyder,    d/ba Jimmy’s Pizza,    375 S Budler Road,    Romeoville, IL 60446-4102
13756694     +Mahoney Environmental,    1819 Moen Avenue,    Joliet, IL 60436-9323
13756695      Money Mailer of Kane & Kendall,    187 N Adams,    Oswego, IL 60543-9685
13756696      Neighborhood Savings of Plainfield,    3425 S Wells Street,    Chicago, IL 60616
13756698     +North American Directory Services,    320 E 27th Street,    Loveland, CO 80538-3204
13756699     +Northern Leasing Systems Inc,    132 W 31st Street,    New York, NY 10001-3405
13756701      Paycor,    644 Linn Street,    Suite # 200,    Cincinnati, OH 45203-1734
13756702      Pepsi Americas,    75 Remittance Drive,    Chicago, IL 60675-1884
13756703      Prestox,    10204 S Bode Street,    Unit A,    Plainfield, IL 60585-9813
13756704     +Roder & Associates,    1219 Bristol Court,    Shorewood, IL 60404-0540
13756705     +Roy Gentry,    1107 Dolder Lane,    Spring Grove, IL 60081-8207
13756706     +Standard Bank,    7800 W 95th Street,    Hickory Hills, IL 60457-2298
13756707      Suburban Chicago Newspapers,    6965 Paysphere Circle,    Chicago, IL 60674-0069
13756708     +Sun Blume Inc,    1107 Dolder Lane,    Spring Grove, IL 60081-8207
13756709      Sunblume Inc.,    C/O Andrew Youra,    208 N Street, Ste 100,    Waukegan, iL 60085
13756710     +Targeted Solutions LLC,    321 Washington Street,    Birdsboro, PA 19508-2231
13756711      Transnational Bancard,    3701 Algonquin Road,    Suite # 800,    Rolling Meadows, IL 60008-3154
13756712     +Will County Health Department,    501 Ella Ave,    Joliet, IL 60433-2700
13756713      Yellow Book,    PO Box 3162,    Cedar Rapids, IA 52406-3162
13996914     +Yellow Book USA,    c/o RMS Bankruptcy,    Recovery Services,    POBox 5126,
               Timonium, Maryland 21094-5126
The following entities were noticed by electronic transmission on Aug 30, 2010.
13756697     +E-mail/Text: bankrup@nicor.com                            Nicor Gas,    P.O. Box 549,
               Aurora, IL 60507-0549
13756700     +E-mail/Text: dladwig@paychex.com                          Paychex,    1834 Walden Office Square,
               Suite # 225,    Schaumburg, IL 60173-4283
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

```
District/off: 0752-1           User: dramey              Page 2 of 2              Date Rcvd: Aug 30, 2010
Case: 09-12347                 Form ID: pdf006           Total Noticed: 45
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 01, 2010**                     **Signature:**    *Joseph Speetjens*