**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: SMITH, KIM | § Case No. 09-10325 |
| | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $304,700.00 *(without deducting any secured claims)* | Assets Exempt: $19,800.00 |
| Total Distribution to Claimants: $1,690.98 | Claims Discharged Without Payment: $63,709.06 |
| Total Expenses of Administration: $1,230.33 | |

3) Total gross receipts of $ 7,004.51 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 4,083.20 (see **Exhibit 2**), yielded net receipts of $2,921.31 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $292,846.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 1,230.33 | 1,230.33 | 1,230.33 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (fromExhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (fromExhibit 7) | 65,352.06 | 1,690.98 | 1,690.98 | 1,690.98 |
| **TOTAL DISBURSEMENTS** | $358,198.06 | $2,921.31 | $2,921.31 | $2,921.31 |

4) This case was originally filed under Chapter 7 on March 25, 2009.
. The case was pending for 19 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as Exhibit 8. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as Exhibit 9.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/11/2010     By: /s/MICHAEL G. BERLAND
                           Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2007 Avalanche-scheduled | 1129-000 | 7,000.00 |
| Interest Income | 1270-000 | 4.51 |
| **TOTAL GROSS RECEIPTS** | | **$7,004.51** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| SMITH, KIM | Dividend paid 99.98% on $4,083.80; Claim# SURPLUS; Filed: $4,083.80; Reference: | 8200-000 | 4,083.20 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$4,083.20** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|

UST Form 101-7-TDR (10/1/2010)

### EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | (blank name) | 4110-000 | 92,846.00 | N/A | N/A | 0.00 |
| NOTFILED | (blank name) | 4110-000 | 200,000.00 | N/A | N/A | 0.00 |
| TOTAL SECURED CLAIMS | | | $292,846.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | 2100-000 | N/A | 730.33 | 730.33 | 730.33 |
| Gloria Longest | 3410-000 | N/A | 500.00 | 500.00 | 500.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 1,230.33 | 1,230.33 | 1,230.33 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | N/A | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PYOD LLC as assignee of Citibank, c/oResurgent | 7100-000 | 1,643.00 | 1,675.15 | 1,675.15 | 1,675.15 |
| 1I | PYOD LLC as assignee of Citibank, c/oResurgent | 7990-000 | N/A | 15.83 | 15.83 | 15.83 |
| NOTFILED | Edward Hospital & Health Ser | 7100-000 | 878.52 | N/A | N/A | 0.00 |
| NOTFILED | Edward Hospital c/o Revenue Production Mgmt | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Fox Valley Radiation Oncology | 7100-000 | 445.94 | N/A | N/A | 0.00 |
| NOTFILED | Peoples Gas | 7100-000 | 773.00 | N/A | N/A | 0.00 |
| NOTFILED | Naperville Radiologists | 7100-000 | 104.80 | N/A | N/A | 0.00 |
| NOTFILED | US Bank | 7100-000 | 30,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Edward Health Ventures | 7100-000 | 19.21 | N/A | N/A | 0.00 |
| NOTFILED | Peoples Gas | 7100-000 | 545.59 | N/A | N/A | 0.00 |
| NOTFILED | City of Chicago | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Home Finance | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Home Finance | 7100-000 | 30,000.00 | N/A | N/A | 0.00 |
| NOTFILED | City of Chicago Dept of Buildings | 7100-000 | 900.00 | N/A | N/A | 0.00 |
| NOTFILED | Cresent Prim c/o C.C.S. | 7100-000 | 42.00 | N/A | N/A | 0.00 |
| NOTFILED | City of Chicago c/o Goldman & Grant | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | 65,352.06 | 1,690.98 | 1,690.98 | 1,690.98 |

**UST Form 101-7-TDR (10/1/2010)**

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 09-10325 | Trustee: | MICHAEL G. BERLAND (520196) |
| --- | --- | --- | --- |
| Case Name: | SMITH, KIM | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***.*****81-65 - Money Market Account |
| Taxpayer ID #: | **-***4367 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/11/10 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 06/02/09 | {10} | Levelle Law Ltd | Payemnt of partial settlement per court order | 1129-000 | 6,000.00 | | 6,000.00 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.22 | | 6,000.22 |
| 07/13/09 | 1001 | Gloria Longest | Payment of accountant per court order | 3410-000 | | 500.00 | 5,500.22 |
| 07/15/09 | {10} | Lavelle Law Firm | Payment of remainder of settlement | 1129-000 | 1,000.00 | | 6,500.22 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.27 | | 6,500.49 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.27 | | 6,500.76 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.26 | | 6,501.02 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.26 | | 6,501.28 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.27 | | 6,501.55 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.27 | | 6,501.82 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.25 | | 6,502.07 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.24 | | 6,502.31 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.29 | | 6,502.60 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.04 | | 6,502.64 |
| 04/06/10 | | Wire out to BNYM account 9200******8165 | Wire out to BNYM account 9200******8165 | 9999-000 | -6,502.64 | | 0.00 |

| | | | |
| --- | --- | --- | --- |
| ACCOUNT TOTALS | 500.00 | 500.00 | $0.00 |
| Less: Bank Transfers | -6,502.64 | 0.00 | |
| Subtotal | 7,002.64 | 500.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $7,002.64 | $500.00 | |

{} Asset reference(s)

Printed: 11/11/2010 10:25 AM    V.12.54

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: 09-10325 | Trustee: MICHAEL G. BERLAND (520196) |
| Case Name: SMITH, KIM | Bank Name: JPMORGAN CHASE BANK, N.A. |
| | Account: ***-*****81-66 - Checking Account |
| Taxpayer ID #: **-***4367 | Blanket Bond: $5,000,000.00 (per case limit) |
| Period Ending: 11/11/10 | Separate Bond: N/A |

| 1<br>Trans.<br>Date | 2<br>(Ref #) /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

() Asset reference(s)

Printed: 11/11/2010 10:25 AM   V.12.54

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 09-10325 | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | SMITH, KIM | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******81-65 - Money Market Account |
| Taxpayer ID #: | **-***4367 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/11/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********8165 | Wire in from JPMorgan Chase Bank, N.A. account ********8165 | 9999-000 | 6,502.64 | | 6,502.64 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.31 | | 6,502.95 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.38 | | 6,503.33 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.38 | | 6,503.71 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.38 | | 6,504.09 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.39 | | 6,504.48 |
| 09/20/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.03 | | 6,504.51 |
| 09/20/10 | | To Account #9200******8166 | Transfer for final distributin to creditors | 9999-000 | | 6,504.51 | 0.00 |
| | | | ACCOUNT TOTALS | | 6,504.51 | 6,504.51 | $0.00 |
| | | | Less: Bank Transfers | | 6,502.64 | 6,504.51 | |
| | | | Subtotal | | 1.87 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $1.87 | $0.00 | |

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 09-10325 | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | SMITH, KIM | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******81-66 - Checking Account |
| Taxpayer ID #: | ***-***4367 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/11/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/20/10 | | From Account #9200******8165 | Transfer for final distributin to creditors | 9999-000 | 6,504.51 | | 6,504.51 |
| 09/24/10 | 10101 | MICHAEL G. BERLAND | Dividend paid 100.00% on $730.33, Trustee Compensation; Reference: | 2100-000 | | 730.33 | 5,774.18 |
| 09/24/10 | 10102 | PYOD LLC as assignee of Citibank, c/oResurgent Capital | Dividend paid 100.00% on $1,675.15; Claim# 1; Filed: $1,675.15; Reference: | 7100-000 | | 1,675.15 | 4,099.03 |
| 09/24/10 | 10103 | PYOD LLC as assignee of Citibank, c/oResurgent Capital | Dividend paid 100.00% on $15.83; Claim# 1I; Filed: $15.83; Reference: | 7990-000 | | 15.83 | 4,083.20 |
| 09/24/10 | 10104 | SMITH, KIM | Dividend paid 99.98% on $4,083.80; Claim# SURPLUS; Filed: $4,083.80; Reference: | 8200-000 | | 4,083.20 | 0.00 |
| | | | ACCOUNT TOTALS | | 6,504.51 | 6,504.51 | $0.00 |
| | | | Less: Bank Transfers | | 6,504.51 | 0.00 | |
| | | | Subtotal | | 0.00 | 6,504.51 | |
| | | | Less: Payments to Debtors | | | 4,083.20 | |
| | | | NET Receipts / Disbursements | | $0.00 | $2,421.31 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****81-65 | 7,002.64 | 500.00 | 0.00 |
| Checking # ***-*****81-66 | 0.00 | 0.00 | 0.00 |
| MMA # 9200-******81-65 | 1.87 | 0.00 | 0.00 |
| Checking # 9200-******81-66 | 0.00 | 2,421.31 | 0.00 |
| | $7,004.51 | $2,921.31 | $0.00 |

{} Asset reference(s)

Printed: 11/11/2010 10:25 AM V.12.54

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

Case Number: 09-10325
Case Name: SMITH, KIM
Period Ending: 11/11/10

Trustee: (520196) MICHAEL G. BERLAND
Filed (f) or Converted (c): 03/25/09 (f)
§341(a) Meeting Date: 05/14/09
Claims Bar Date: 08/20/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 340 Foxborough | 300,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | 7231 S. Prarie-scheduled | 0.00 | 0.00 | DA | 0.00 | FA |
| 3 | 8725 S. Loomis-scheduled | 0.00 | 0.00 | DA | 0.00 | FA |
| 4 | Cash-scheduled | 50.00 | 0.00 | DA | 0.00 | FA |
| 5 | Harris Checking-scheduled | 100.00 | 0.00 | | 0.00 | FA |
| 6 | Checking-First bank-scheduled | 800.00 | 0.00 | DA | 0.00 | FA |
| 7 | Household goods-scheduled | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 8 | Books & pictures-scheduled | 350.00 | 0.00 | DA | 0.00 | FA |
| 9 | Tax refund-scheduled<br>Amunt for settlement included tax refund | 2,000.00 | 0.00 | | 0.00 | FA |
| 10 | 2007 Avalanche-scheduled | 16,000.00 | 7,000.00 | | 7,000.00 | FA |
| 11 | 2004 Hyundai Seinana-scheduled<br>Owned with wife. Amount from settlement included amount for debtor's interest in Hyundai. (See Footnote) | 0.00 | 4,000.00 | | 0.00 | FA |
| 12 | Clothing-scheduled | 2,000.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 4.51 | Unknown |
| 13 | Assets    Totals (Excluding unknown values) | $322,800.00 | $11,000.00 | | $7,004.51 | $0.00 |

RE PROP# 11    The Trustee received the gross sum of $7000, which related to the compromise of his interest in Assets 9, 10, 11

---

**Major Activities Affecting Case Closing:**

The Trustee compromised his interest in certain personal property. The Trustee recenlty filed tax returns.

Initial Projected Date Of Final Report (TFR):    December 31, 2013          Current Projected Date Of Final Report (TFR):    December 31, 2013